UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Edwin H. Stier vs.
Howard D. Birdsall, et al.

Order Filed on 10/9/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| Case No.: | 13-16743 |
| Adv. No.: | 13-01807 |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |

## ORDER SCHEDULING MOTION FOR JUDGMENT ON PLEADINGS

The relief set forth on the following pages, numbered two (2) through __4__ is hereby **ORDERED**.

**DATED: 10/9/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** **WASSERMAN, JURISTA & STOLZ, P.C.** 225 Millburn Avenue - Suite 207 P.O. Box 1029 Millburn, New Jersey 07041 Phone: (973) 467-2700 Fax: (973) 467-8126 *Counsel to Plaintiff, Edwin H. Stier, Chapter 7 Trustee* DANIEL M. STOLZ, ESQ. | |
| In Re: **BIRDSALL SERVICES GROUP, INC., et al,** Debtor. | Case No.: 13-16743(MBK) Judge: Michael B. Kaplan Chapter: 7 Hearing Date: |
| **EDWIN H. STIER,** Bankruptcy Trustee for Birdsall Services Group, Inc., and BSG Engineering, Surveying & Landscape Architecture, LLC Plaintiff, v. **HOWARD D. BIRDSALL; WILLIAM T. BIRDSALL; JOHN HESS; JAMES JOHNSTON; SUSAN JACKSON; ALAN P. HILLA; JOHN C. MORRIS, III, PHILLIP ANGARONE, ROBERT GERARD; EILEEN KUHFAHL-SPEARS; SCOTT R. MCFADDEN; THOMAS K. ROSPOS; ARSENAULT, WHIPPEL, FASSET & AZZARELLO, LLP; BELSOLE & KURNOS, LLC; BENEDICT & ALTMAN; CHAMLIN ROSEN ULIANO & WITHERINGTON; CRITCHLEY, KINUM & VAZQUEZ, LLC; KROVATIN KLINGEMAN; LAW OFFICE OF ROBERT G. STEVENS; MCCARTER & ENGLISH, LLP; MCDONALD & ROGERS, LLC; NUZZI & MASON, LLC; LOMURRO, DAVISON, EASTMAN & MUNOZ, PA; STARKEY, KELLY, KENNEALLY, CUNNINGHAM & TURNBACH; WEIR &** | Adv Proc. No. 13-01807 **ORDER SCHEDULING MOTION FOR <u>JUDGMENT ON PLEADINGS</u>** |

Page (2)

Debtor: Birdsall Services Group, Inc., et al.

Adv. Proc. No. 13-01807 (MBK)

Caption of Order: Order Scheduling Motion for Judgment on Pleadings

_____

| **PLAZA, LLC; AND U.S. SPECIALTY INSURANCE COMPANY,** |
|---|
| Defendants. |

The relief set forth on the following pages, numbered two (2) and three (3) is hereby

**ORDERED.**

*Approved by Judge Michael Kaplan  October 09, 2013*

Page (3)

Debtor:            Birdsall Services Group, Inc., et al.

Adv. Proc. No.     13-01807 (MBK)

Caption of Order:  Order Scheduling Motion for Judgment on Pleadings
_____

This matter having come before the Court on the Verified Application of Trustee, Edwin H. Stier, by and through his counsel, Wasserman, Jurista & Stolz, P.C., upon the filing of a Verified Application, seeking the entry of an Order establishing subrogation rights and directing payment and the Court having deemed the Trustee's Application to constitute a Motion for Judgment on the pleadings and the Court having conducted a conference call among all parties on October 3, 2013, and finding good cause for the entry of the within Order,

**IT IS HEREBY ORDERED,** as follows**:**

1.     The Trustee's Verified Application seeking the entry of an Order establishing subrogation rights and directing payment, shall be deemed by the Court, a Motion for Judgment on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure;

2.     A Hearing on the Trustee's Motion for Judgment on the pleadings shall be held before this Court on November 22, 2013 at 10:00 a.m.

3.     Opposition to the Trustee's Motion shall be in writing, filed with the Court and served upon the Trustee and the parties no later than November 1, 2013.

4.     Any reply by the Trustee to opposition filed shall be filed with the Court and served upon the parties no later than November 15, 2013.

*Approved by Judge Michael Kaplan  October  09, 2013*